| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE CIRCUIT/SUPERIOR COURT |
| | ) SS: | 46C01-1903-CT-000595 |
| COUNTY OF LAPORTE | ) | CAUSE NO._____ |

NORMAN TYSON and  
KASANDRA TYSON,  

      Plaintiffs,  

      v.  

WAL-MART STORES EAST, LP,  

      Defendant.  

## COMPLAINT FOR DAMAGES

The Plaintiffs, Norman Tyson and Kasandra Tyson, by counsel, for their action against the Defendant, Wal-Mart Stores East, LP, state as follows:

1. At all relevant times herein, Norman Tyson and Kasandra Tyson were and continue to be residents of LaPorte County, Indiana.

2. At all relevant times herein, Wal-Mart Stores East, LP (hereinafter Wal-Mart) was and is a corporation conducting business in LaPorte County, Indiana.

3. At all times relevant to this cause of action, Norman Tyson and Kasandra Tyson were lawfully married.

4. On April 18, 2017, Norman Tyson was a business invitee at Defendant Wal-Mart Stores, LP's (Wal-Mart) retail store 2276 located at 333 Boyd Boulevard, LaPorte, Indiana 46350.

5. On April 18, 2017, Norman Tyson slipped and fell on a cucumber-like object on the floor inside the Wal-Mart located at 333 Boyd Boulevard, LaPorte, Indiana 46350.

6.  That on April 18, 2017, Wal-Mart and its employees and agents had a duty to maintain their business premises in a reasonably safe manner and to exercise reasonable care for the protection of invitees on their business premises.

7.  That Defendant Wal-Mart breached said duties to Plaintiff, Norman Tyson.

8.  As a result of the carelessness and negligence of Wal-Mart and its employees and agents, Norman Tyson sustained personal injury, which may be permanent, pain and suffering, and incurred medical bills, all of which are in an amount as yet undetermined.

9.  As a result of the carelessness and negligence of Wal-Mart and its employees and agents, Kasandra Tyson sustained a loss of consortium in an amount as yet undetermined.

WHEREFORE, Plaintiffs, Norman Tyson and Kasandra Tyson, by counsel, hereby request judgment against the Defendant, Wal-Mart, in an amount adequate to compensate them for their damages, for the cost of this action and for all other just and proper relief.

Respectfully submitted,

Michael K Anderson (#4004-71)
Tracey Steele Schafer (#28770-64)
ANDERSON · AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, Indiana 46601
Telephone: (574) 288-1510
Email: anderson@aaklaw.com;
schafer@aaklaw.com
Attorneys for Plaintiffs

## JURY DEMAND

Plaintiffs, by counsel, request trial by jury.

_____
Michael J. Anderson (#4004-71)
Tracey Steele Schafer (#28501-20)